[No. 2574–2.   Division Two.   December 30, 1977.]

*In the Matter of the Welfare of*
ODIN ALLEN JONES.

Appeal from a judgment of the Superior Court for Clark County, No. 11172, Thomas L. Lodge, J., entered September 23, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.